UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:23-cv-00443-JLB-KCD

IGLESIA EVANGELICA JESUCRISTO
REY DE REYES, INC.,

Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,

Defendant.

---

**NOTICE OF APPEARANCE**
**AS CO-COUNSEL FOR THE PLAINTIFF**

**COMES NOW** CARLOS L. SANTI, Esq. and notifies the Court and all parties of record of his appearance as co-counsel of record for the Plaintiff.

Undersigned co-counsel represents that he is admitted to practice in this Court and hereby states that his appearance herein is in conformity with the requirements of Local Rules 2.01 and 2.02.

Undersigned counsel requests that all pleadings, correspondence, and other

[Continued on next page]

matters pertaining to this cause be also directed to him at the address specified below.

**DATED:** November 9, 2023.

Respectfully submitted,
**PROPERTY AND CASUALTY LAW GROUP**

By: /s/ Carlos L. Santi
**CARLOS L. SANTI, ESQ.**
Florida Bar No.: 70529
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 9, 2023, the foregoing Notice of Appearance as Co-Counsel for the Plaintiff was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to each counsel of record registered therein.

**CARLOS L. SANTI**

By: /s/ Carlos L. Santi
**CARLOS L. SANTI, ESQ.**
Florida Bar No.:70529
Counsel for Plaintiff
1825 Ponce de Leon Blvd #263
Coral Gables, Fl. 33134
Telephone: (305) 961-1038
Fax: (305) 476-2099
Email: csanti@pclawgroup.com
Email: caponte@pclawgroup.com